

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Watts Premier, Inc., Watts Regulator Co., and Watts Water Technologies, Inc., | § | No. 08-16-00232-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| Texas Farmers Insurance Company as Subrogee of Francisco Mercado, | § | (TC# 2016DCV0690) |
| Appellee. | § | |
| | § | |

# O R D E R

Pending before the Court is the First Joint Motion to Continue Abatement. The motion is GRANTED. We therefore extend the abatement until April 25, 2017. The parties shall file their motion to dismiss the appeal or their motion for continuation of abatement on or before April 25, 2017.

IT IS SO ORDERED this 25th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.